1  John W. Shaw, Esq., SBN:  82802
   jshaw@sksattorneys.com
2  **Shaw, Koepke & Satter**
   23326 Hawthorne Boulevard, Suite 320
3  Torrance, California  90505
   Telephone:     (310) 373-4445
4  Facsimile:     (310) 373-4440

5  Attorneys for Defendant,
   SMITH & NEPHEW, INC.
6
   Mickel M. Arias, Esq., SBN: 115385
7  mike@asstlawyers.com
   **Arias, Sanguinetti, Stahle & Torrijos, LLP**
8  6701 Center Drive West, 14th Floor, Suite 120
   Los Angeles, California  9045
9  Telephone:     (310) 844-9696
   Facsimile:     (310) 861-0168
10

11 Attorneys for Plaintiff
   ROBIN EARLE
12

13                     **UNITED STATES DISTRICT COURT**

14             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16 ROBIN EARLE,                          Case No.:  3:15-cv-04253-EMC
                                         [Action Filed:  September 18, 2015]
17          Plaintiff,
                                         **JOINT STIPULATION AND
18 vs.                                   [PROPOSED] ORDER FOR
                                         DISMISSAL OF PLAINTIFFS'
19                                       COMPLAINT WITH PREJUDICE**
   SMITH & NEPHEW, INC. and DOES 1
20 through 10, inclusive,

21          Defendants.                  **Judge:**    Honorable Edward M. Chen

22

23                     **JOINT STIPULATION OF DISMISSAL**

24        Pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii), the parties to

25 this action, acting though counsel, hereby stipulate and agree that plaintiff will

26 / / /

27 / / /

28

                                         1                    3:15-cv-04253
   JOINT STIPULATION AND [PROPOSED] ORDER RE DISMISSAL

dismiss her Complaint against defendant Smith & Nephew, Inc., with prejudice. Each party to bear its own attorneys' fees and costs.

Dated: September __7__, 2016

SHAW, KOEPKE & SATTER

By: _____
JOHN W. SHAW
LISA A. SATTER
Attorneys for Defendant,
**OASIS-CALIFORNIA, INC.**

Dated: September 6, 2016

ARIAS, SANGUINETTI, STAHLE & TORRIJOS

By:_____
MICKEL M. ARIAS
Attorneys for Plaintiff
ROBIN EARLE

### [PROPOSED] ORDER OF DISMISSAL

The parties' joint stipulation and [proposed] order for dismissal of plaintiff's Complaint with prejudice is approved.  All of plaintiff's claims and any counter-claims are hereby dismissed with prejudice.

Date: _9/9/2016_____      _____

JUDGE OF THE UNITED STATES
DISTRICT COURT

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

Dated: September __4__, 2016          SHAW, KOEPKE & SATTER

By: _____
JOHN W. SHAW
LISA A. SATTER
Attorneys for Defendant,
**SMITH & NEPHEW, INC.**

**JOINT STIPULATION AND [PROPOSED] ORDER RE DISMISSAL**

**CERTIFICATE OF SERVICE**
*Robin Earle v. Smith & Nephew, Inc., et al.*
**U.S. District Court No. 3:15-cv-04253-EDL**

I, the undersigned, an employee of Shaw, Koepke & Satter, located at 23326 Hawthorne Boulevard, Suite 320, Torrance, California, 90505 declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter, action or proceeding.

On September 7, 2016, I served the foregoing document, described as **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFFS' COMPLAINT WITH PREJUDICE** in this action by placing

☐ the original of the document          ☒ true copies of the document

in separate sealed envelopes addressed to the following party(ies) in this matter at the following address(es):

| | |
|---|---|
| Mike Arias | Brian D. Chase |
| mike@asstlawyers.com | bchase@bisnarchase.com |
| Arnold C. Wang | Douglas M. Carasso |
| Arnold@asstlawyers.com | dcarasso@bisnarchase.com |
| Arias Sanguinetti Stahle & Torrijos, LLP | Bisnar/Chase |
| 6701 Center Drive West, Suite 1400 | One Newport Place |
| Los Angeles, CA 90045 | 1301 Dove Street, Suite 120 |
| (310) 844-9696 / Fax (310) 861-0168 | Newport Beach, CA 92660 |
| Attorneys for Plaintiff | (949) 752-2999 / Fax (949) 752-2777 |
| Robin Earle | Attorneys for Plaintiff |
| | Robin Earle |

☒ **BY U.S. MAIL** I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

I am readily familiar with Shaw, Koepke & Satter's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ **BY ELECTRONIC FILING AND/OR SERVICE** Submitting an electronic version of the document(s) via file transfer protocol (FTP) to ECF (Electronic Case Filing), which sent notification of that filing to the persons listed above.

☐ **BY FACSIMILE** I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on September 7, 2016 at Torrance, California.

_____
*Maria Nixon*